UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,						Case No. 2:24-cr-16-02

    Plaintiff,						Hon. Maarten Vermaat
								U.S. District Judge

v.

JENNIFER LYNN APRILL,

    Defendant.
_____/

**ORDER FOR DETENTION**

Defendant Aprill appeared before the undersigned on October 9, 2025 for an initial appearance and arraignment on a Superseding Indictment returned June 4, 2025. The Government moved for detention and defense counsel reserved the issue of detention at this time and may request a detention hearing in the future.

IT IS HEREBY ORDERED that Defendant shall remain detained pending further proceedings.

IT IS SO ORDERED.

Dated: October 22, 2025				/s/ *Maarten Vermaat*
								MAARTEN VERMAAT
								U.S. MAGISTRATE JUDGE